# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                      Bankruptcy No. 08-40171

**VICTOR PLASTICS, INC.**

                 **Debtor.**

**JULIA A. CHRISTIANS, Trustee for the
Bankruptcy Estate of Victor Plastics, Inc.**

                 **Plaintiff,**            Adversary No. 09-4143

        v.                         **JUDGMENT**

**MARTIN MARTIN RANDALL &
ASSOCIATES, INC.**

                 **Defendant.**

This proceeding came before the Court, and a decision or Order for Judgment was duly rendered, the Honorable Dennis D. O'Brien, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

That Plaintiff, Julia A. Christians, Trustee for the Bankruptcy Estate of Victor Plastics, Inc., shall have default judgment against Defendant, Martin Martin Randall & Associates, Inc. in the amount of $6,171.00 and for recovery of her costs of $250.00

Dated: December 4, 2009          Lori Vosejpka
                                    Clerk of Bankruptcy Court

                                    By   /e/ Sandra McMackins
                                         Case Administrator

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/04/2009*
Lori Vosejpka, Clerk, by SKM

# CERTIFICATE OF NOTICE

```
District/off: 0864-4          User: sandy              Page 1 of 1              Date Rcvd: Dec 04, 2009
Case: 09-04143                Form ID: pdf111          Total Noticed: 3

The following entities were noticed by first class mail on Dec 06, 2009.
ust          +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
pla          +Julia A. Christians,   c/o Lapp Libra Thomson Stoebner & Pusch,   One Financial Plaza #2500,
               120 South Sixth Street,   Minneapolis, MN 55402-1803
dft          +Martin Martin Randall & Associates, Inc.,   4 River Bend Place,   #125,   Jackson, MS 39232-9538

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**          Signature:  *Joseph Speetjens*